# EXHIBIT A

DocuSign Envelope ID: B6E1D4B6-B56C-4EB4-AEBF-918A690F49F4



# CPR Classic Sales

760-723-8900 • fax 760-723-8989 • www.cprclassic.com • CA Dealer License #47956
311 Industrial Way Suite 3 • Fallbrook, CA 92028

## PURCHASE AGREEMENT

**CLIENT:** Robert B. Whitman  **PHONE:** 614-446-3088

**ADDRESS:** 767 Macon Alley Columbus OH 43206

**Vehicle:** 1970 Porsche 911T Targa (Tangerine)  **Serial Number:** 9111110696

The following agreement is entered into this 27th day of June, 2023 between **CPR CLASSIC SALES (Bonded CA Dealer License # 47956)** herein referred to as **CPR** and **ROBERT B. WHITMAN** herein referred to as the **Client**. Whereas CPR is in the business of buying and selling vintage automobiles and the Client wishes to purchase a *1970 Porsche 911T Targa (Tangerine) which CPR has sourced on the client's behalf,* an agreement is hereby entered into between the parties under the following terms and conditions:

1. **PURCHASE PRICE:** $166,000.00

2. **SHIPPING:** (No CA sales tax shall be due as the car is being shipped out of state to OH)  C.O.D.

3. **TOTAL AMOUNT DUE:** $166,000.00

4. **PAYMENT TERMS:** The payment terms shall be as follows:
   - The Client hereby agrees to wire transfer payment in full in the amount of **$166,000.00**, due as of the signing of this agreement to the wire transfer instructions attached.

5. **IMPORTATION:** CPR hereby agrees to handle the shipping and importation of the car into the United States from Europe. The client shall be billed on a separate invoice for all import, duties, and shipping costs associated with bringing the car into the United States. The client hereby agrees to absorb all costs associated with bringing the car in to the United States.

6. **TITLE:** CPR shall obtain a US title on the vehicle once it has been imported in CPR Classic Sales name and will provide that title to the Client.

This agreement shall be governed by the laws of the State of California. Facsimile signed copies in multiple parts shall be accepted as originals for the purpose of this agreement. In the highly unlikely event that there is a dispute, the prevailing party shall be entitled to reasonable attorney's fees as directed by the governing authority. This is the complete agreement between the parties and any changes to the agreement must be in writing and signed by all parties to the agreement to be binding.

**Signed and Agreed to;**

X __*Robert B. Whitman*__  6/27/2023
**Robert B. Whitman, Client**  **Date**

X __*(signature)*__  6/27/2023
**Andrea Doherty, CPR Classic Sales**  **Date**



# CPR Classic Sales

760-723-8900 · fax 760-723-8989   www.cprclassic.com  · CA Dealer License #47956
311 Industrial Way Suite 3  ·  Fallbrook CA 92028

## Wire Transfer Information

**Send Wire to:**

**Chase Bank**

1091 S. Mission Road

Fallbrook CA, 92028

**For credit to:** CPR Classic Sales

311 Industrial Way Ste. 3

Fallbrook CA 92028

**Account Number:** ▮▮▮▮▮▮▮▮

FOR INTERNATIONAL WIRE TRANSFERS:

**Swift Code:** ▮▮▮▮▮▮▮▮