# EXHIBIT B



# Porsche 911 T

Targa, 1970

## Highlights

- ☑ Fully restored by a specialist
- ☑ Great driving condition
- ☑ Fast road car

Fully restored by a marks specialist.

Completely documented restoration.

Original colour combination.

Upgraded to an 2.4 engine that produces 180 bhp

Nowadays the prices of labour and parts are at an all time high. So if you are looking for a "new" 911 targa it would be a costly process. However you could also purchase this nice Blut orange classic beauty

PRICE: **EUR 149,900**

✉ INQUIRE NOW

☆ REMEMBER CAR

SELLER DETAILS:

🇳🇱 **NETHERLANDS**
The Automobile Store

📞 CALL

⊰ SHARE    🖨 PDF DOWNLOAD

## Specifications

| | |
|---|---|
| Year of construction: | 1970 |
| Model: | 911 T |
| Body: | Targa |
| Series: | 911 F-Model |
| Mileage: | 44202 km |
| Power: | 165 HP |
| Cylinder capacity: | 2,4 Liter |
| Steering: | left |
| Transmission: | Manual |
| Drive: | Rear drive |
| Fuel: | Gasoline |

| Configuration: | Navigation system |
|---|---|
| Interior color: | Black |
| Interior material: | Fabric/Leather combination |
| Exterior color: | Orange |
| Manufacturer color code (exterior): | Blutorange 2323 |
| Condition: | Fully restored |
| New / used: | Used car |
| Ready to drive: | yes |
| Registered: | yes |
| Car location: | Netherlands |

## More information

| 🌐 Importing the car? | All infos |
|---|---|
| Elferspot Events | Head this way for exciting trips and experiences! |

RECOMMENDATION FROM THE ELFERSPOT SHOP
# Destination 901

DETAILS

RECOMMENDATION FROM THE ELFERSPOT SHOP
# 000 Magazin -001

DETAILS

**+24**

## Interested? Contact the seller!

ELFERSPOT RECOMMENDATION
# Similar cars

1969
**Porsche 911 T**



1972
**Porsche 911 T**

1972
**Porsche 911 T**

VIEW ALL 911 F-MODEL