# EXHIBIT C

Curtis A. Loveland
cloveland@porterwright.com

Porter Wright
Morris & Arthur LLP
41 South High Street
Suites 2800-3200
Columbus, OH 43215

Direct: 614.227.2004
Fax: 614.227.2100
Toll free: 800.533.2794

www.porterwright.com
**porter**wright

June 13, 2024

Sent via Email to: andrea@cprclassic.com

Sent via FedEx to both addresses:

CPR Classic Sales
311 Industrial Way, Suite 3
Fallbrook, CA 92028

    and to

Andrea Doherty
c/o CPR Classic Sales
311 Industrial Way, Suite 3
Fallbrook, CA 92028

Re: Robert B. Whitman Purchase Agreement dated 6/27/23

Dear Ms. Doherty:

    This law firm represents Robert B. Whitman of Columbus, Ohio. As you are aware, Mr. Whitman entered into a Purchase Agreement with CPR Classic Sales on June 27, 2023 for the purchase of a 1970 Porsche 911T Targa (Tangerine) Serial Number 9111110696, (the "Porsche") which CPR Classic Sales represented it had sourced on behalf of Mr. Whitman and had the legal authority and ability to purchase, sell and deliver to Mr. Whitman. CPR Classic Sales also agreed to handle shipping and importation of the Porsche to the United States from Europe at an additional cost. On the same date, Mr. Whitman wired the $166,000 contract purchase price to CPR Classic Sales. These funds were entrusted to CPR Classic Sales to be held in trust and used only in connection with the purchase of the Porsche from the owner for Mr. Whitman's account, with approximately $5,000 of the funds to be paid to CPR Classic Sales upon completion of its efforts to handle the importation, including customs paperwork, pick up from the California port, inspection post shipment, and California title paperwork.

    The Porsche has never been delivered to Mr. Whitman. During the past year, you gave many assurances to Mr. Whitman that the Porsche would be delivered in the near future, but each time your statements proved to be false. Clearly, you were using Mr. Whitman's $166,000 for other purposes than the intended purpose as you did not purchase and take possession of the Porsche as promised. Then, on May 23, 2024, you told Mr. Whitman the Porsche had arrived at the port in California and that you

were sending someone to retrieve it and to bring it to the CPR Classic Sales shop on May 25, 2024. When Mr. Whitman did not hear back from you, to confirm your receipt of the Porsche, you sent texts to him claiming family emergencies took you away from the business. Then, you became unresponsive to Mr. Whitman's inquiries about the Porsche.

We now understand why you have been unresponsive, as Mr. Whitman has confirmed that the Porsche that you claimed to have purchased for him and which had arrived at the port in California was in fact never purchased by CPR Classic Sales and was never shipped from Europe to California. Mr. Whitman has confirmed with the owner of the Porsche in the Netherlands that CPR Classic Sales had contracted to purchase the Porsche from him sometime last summer and had paid him a small nonrefundable deposit but that CPR Classic Sales failed to deliver the balance of the purchase price as agreed after giving him excuses for nonperformance many, many times. Therefore, the owner confirmed to Mr. Whitman that he has relisted the Porsche for sale on the ElferSpot website: https://elferspot.com/en/car/porsche-911-t-1970-3267131/. Obviously, your statements to Mr. Whitman that the Porsche had arrived at the port in California and that CPR Classic Sales would pick it up on May 25 were false, continuing a pattern of misrepresentations and fraud. Similarly, the representations by CPR Classic Sales and you in the Purchase Agreement that you had sourced the Porsche and had the ability to deliver it to Mr. Whitman were also knowingly false.

Mr. Whitman demands that you refund to him the $166,000 he paid to CPR Classic Sales in June 2023 on or before June 20, 2024. Attached to this letter are wire instructions to Mr. Whitman's bank account. If these funds are not returned to Mr. Whitman's account by then, Mr. Whitman will authorize legal counsel to commence legal action against CPR Classic Sales, its owners, and you personally for breach of contract, breach of trust and fiduciary duties, and fraud and will seek damages of $166,000, plus interest from June 27, 2023, attorney's fees and costs. In addition, Mr. Whitman will seek to file appropriate actions against CPR Classic Sales and you for violation of all relevant California laws relating to the duties of automobile dealers and salespersons to their clients and will file appropriate complaints with the California Department of Motor Vehicles, the Attorney General of California and any other authorities who license and regulate automobile dealers and salespersons. Mr. Whitman reserves all rights as against CPR Classic Sales, its owners, Andrea Doherty, and any others involved in this matter.

> Very Truly Yours,
>
> Porter, Wright, Morris & Arthur LLP
> Attorneys for Robert B. Whitman
>
> By: _____
> Curtis A. Loveland, a Partner

Attachment

cc: Robert B. Whitman

24263632.1

Wire Transfer Instructions for Robert B. Whitman

Bank Name: ███████████████

Bank Routing No.: ████████

Bank Account No.: ██████

For credit to the account of:

ROBERT B WHITMAN
767 MACON ALY
COLUMBUS OH 43206-2100