# EXHIBIT D

| | |
|---|---|
| **From:** | Loveland, Curtis A. |
| **Sent:** | Monday, June 17, 2024 1:57 PM |
| **To:** | 'Andrea Doherty' |
| **Subject:** | RE: Robert B. Whitman - CPR Classic Sales - Demand for Return of Funds |
| **Attachments:** | rbw-wire-instructions.pdf |

Ms. Doherty,
Attached are updated wire instructions for the return of the $166,000 to Mr. Whitman's account. Please use these instructions instead of the wire instructions that attached to my email to you on Thursday of last week. Also, please advise as to when you plan to initiate the wire and once initiated please email me to confirm that the wire has been started.
Thank you.


**CURTIS A. LOVELAND**

Porter Wright Morris & Arthur LLP
Bio   /   cloveland@porterwright.com
D: 614.227.2004   /   M: 614.832.3338   /   F: 614.227.2100
41 South High Street, Suites 2800 - 3200   /   Columbus, OH 43215

**/ MANSFIELD CERTIFIED PLUS**
We are moving the needle on diversity, equity, and inclusion. Learn more

**From:** Loveland, Curtis A. <CLoveland@porterwright.com>
**Sent:** Thursday, June 13, 2024 2:57 PM
**To:** 'Andrea Doherty' <andrea@cprclassic.com>
**Subject:** Re: Robert B. Whitman - CPR Classic Sales - Demand for Return of Funds

Ms. Doherty, thank you for your prompt response.
Please confirm when you have wired the funds to Mr. Whitman.


**CURTIS A. LOVELAND**

Porter Wright Morris & Arthur LLP
Bio   /   cloveland@porterwright.com
D: 614.227.2004   /   M: 614.832.3338   /   F: 614.227.2100
41 South High Street, Suites 2800 - 3200   /   Columbus, OH 43215

**/ MANSFIELD CERTIFIED PLUS**
We are moving the needle on diversity, equity, and inclusion. Learn more

**From:** Andrea Doherty <andrea@cprclassic.com>
**Sent:** Thursday, June 13, 2024 2:47 PM
**To:** Loveland, Curtis A. <CLoveland@porterwright.com>
**Subject:** #EXT# Re: Robert B. Whitman - CPR Classic Sales - Demand for Return of Funds

1

**#External Email#**

Mr. Loveland,

I am in receipt of your email and your letter.

Please take note that I, Andrea Doherty, am the sole owner of CPR Classic Sales and that this purchase arrangements with me and CPR Classic Sales alone. No other individuals were involved.

I will return Mr. Whitman's funds as requested.

On Thu, Jun 13, 2024 at 11:37 AM Loveland, Curtis A. <CLoveland@porterwright.com> wrote:

> To:  Andrea Doherty and CPR Classic Sales:
>
> See attached letter sent on behalf of our client Robert B. Whitman.
>
> As stated in the letter, unless the $166,000 you are holding in trust of Mr. Whitman's funds are returned to him on or before June 20, 2024, Mr. Whitman will authorize legal counsel to take legal action on his behalf as stated in the letter.
>
> **CURTIS A. LOVELAND**
>
> Porter Wright Morris & Arthur LLP
>
> Bio  /  cloveland@porterwright.com
>
> D: 614.227.2004  /  M: 614.832.3338  /  F: 614.227.2100
>
> 41 South High Street, Suites 2800 - 3200  /  Columbus, OH 43215

**/ MANSFIELD CERTIFIED PLUS**

We are moving the needle on diversity, equity, and inclusion. Learn more

**NOTICE FROM PORTER WRIGHT MORRIS & ARTHUR LLP:**

This message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read, print or forward it. Please reply to the sender that you have received the message in error. Then delete it. Thank you.

**END OF NOTICE**

--
Andrea Doherty
Principal
CPR Classic Restoration
CPR Classic Sales
Office:  (760) 723-8900
andrea@cprclassic.com