JACOB T. SPAID (Bar No. 298832)
spaidj@higgslaw.com
JAKE D. SESTI (Bar No. 339005)
sestij@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

Attorneys for Plaintiff
ROBERT B. WHITMAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. WHITMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>CPR CLASSIC SALES, ANDREA DOHERTY, and DYLAN DOHERTY<br><br>  Defendants. | Case No. 24-cv-1227-LL-DDL<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT NOS. 3, 4 AND 5**<br><br>JUDGE: Hon. Linda Lopez<br>MAGISTRATE: Hon. David D Leshner |

Plaintiff ROBERT B. WHITMAN hereby withdraws document numbers 3, 4 and 5. Documents to be re-filed pursuant to court notice dated July 29, 2024.

Dated: July 29, 2024         HIGGS FLETCHER & MACK LLP


                            By:   /s/ *Jacob T. Spaid*
                                  JACOB T. SPAID
                                  JAKE D. SESTI
                                  Attorneys for Plaintiff
                                  ROBERT B. WHITMAN

12466901.1                                              Case No. 24-cv-1227-LL-DDL